(158 App. Div. 501.)

### EINSTEIN v. EINSTEIN.

(Supreme Court, Appellate Division, First Department. October 24, 1913.)

Appeal from Special Term, New York County.
Action by Manuela N. Einstein against Julius Einstein. From an order denying a motion to strike from an affirmative defense a denial of the material allegations of the complaint, plaintiff appeals. Order reversed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Jacob H. Corn, of New York City, for appellant.
James B. Kilburn, of New York City, for respondent.

McLAUGHLIN, J. This appeal is from an order denying a motion to strike out, as irrelevant and redundant, certain allegations of the complaint set forth in an affirmative defense.

The question presented is precisely similar to the one considered in an action by this plaintiff against Monroe Einstein, 143 N. Y. Supp. 706, decided herewith. For the reasons stated in the opinion in that case, the order here appealed from is reversed, with $10 costs and disbursements, and the motion granted with $10 costs. All concur.